STATE OF CONNECTICUT *v.* HERBERT L. JACKSON

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 578 (AC 22150), is denied.

*Paul R. Kraus,* in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided April 8, 2009

STATE OF CONNECTICUT *v.* NAZRA MUNGROO

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 676 (AC 28424), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the defendant had waived her claim of error regarding a jury instruction?"

MCLACHLAN, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18336.

*James B. Streeto,* assistant public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided April 8, 2009

STATE OF CONNECTICUT *v.* IGNACIO VILCHEL

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 411 (AC 27000), is denied.